Matter of Jensen v Commissioner of Labor (2025 NY Slip Op 06962)

Matter of Jensen v Commissioner of Labor

2025 NY Slip Op 06962

Decided on December 16, 2025

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 16, 2025

No. 128 SSM 3

[*1]In the Matter of the Claim of David Jensen, Appellant.
v
Commissioner of Labor, Respondent.

Submitted by Ciara M. Farrell, for appellant.
Submitted by Sean P. Mix, for respondent.

MEMORANDUM:

The order of the Appellate Division should be affirmed, with costs.
The record contains substantial evidence to support the determination of the Unemployment Insurance Appeal Board (cf. Matter of Goodman [Barnard Coll.—Commissioner of Labor] , 95 NY2d 15, 22-23 [2000]).
On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs, in a memorandum. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided December 16, 2025